NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ERIC ALDAPE | Case No. 2:18-cv-00624-AB(SKx) |
|---|---|
| Plaintiff, | Hon. André Birotte Jr. |
| v. | **JUDGMENT** |
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al. | |
| Defendants. | |

On August 30, 2019, the motions for summary judgment of Defendants Pacific Maritime Association ("PMA"), International Longshore and Warehouse Union ("ILWU") and International Longshore and Warehouse Union, Local 13 ("Local 13") (collectively, "Defendants") came on for hearing. The Court granted the Defendants' motions as to all causes of action for the reasons set forth in the Court's September 17, 2019 Order (Dkt. No. 135). Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered against Plaintiff Eric Aldape and in favor of Defendants.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing, that the action be dismissed on the merits and that Defendants are permitted to seek their costs of suit by preparing and filing an Application to the Clerk to Tax Costs, pursuant to Local Civil Rule 54-2. Plaintiff shall have an opportunity to file objections pursuant to Local Civil Rule 54-2.2, and Defendants shall have an opportunity to file a response to Plaintiff's objections pursuant to Local Civil Rule 54-2.3. The Clerk's determination shall be final unless modified by the Court upon review under Local Civil Rule 54-2.5.

**IT IS SO ORDERED.**

Dated: October 1, 2019

Honorable André Birotte Jr.
United States District Court Judge